ProMark Landscaping, Inc.
3405 Big Road
Zieglerville, PA 19492

Robert J Hall
16 Cherry Street
East Greenville, PA 18041

| Employee Pay Stub | Check number: 17255 | Pay Period: 01/13/2019 - 01/26/2019 | Pay Date: 02/01/2019 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| Robert J Hall, 16 Cherry Street, East Greenville, PA 18041 | ***-**-6598 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular | 3:30 | 22.00 | 77.00 | 2,563.00 |
| Snow Pay | 16:00 | 23.00 | 368.00 | 368.00 |
| Holiday Pay | | | | 176.00 |
| | 19:30 | | 445.00 | 3,107.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -107.30 | -107.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -6.00 |
| Local Tax | -4.45 | -31.08 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -20.94 | -185.98 |
| Medicare Employee | -4.90 | -43.50 |
| PA - Withholding | -13.66 | -95.39 |
| PA - Unemployment Employee | -0.26 | -1.86 |
| | -46.21 | -363.81 |

| Net Pay | 291.49 | 2,635.89 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 56:00 |

ProMark Landscaping, Inc.
3405 Big Road
Zieglerville, PA 19492

Robert J Hall
16 Cherry Street
East Greenville, PA 18041

| Employee Pay Stub | | Check number: 17299 | | Pay Period: 01/27/2019 - 02/09/2019 | Pay Date: 02/15/2019 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| Robert J Hall, 16 Cherry Street, East Greenville, PA 18041 | | | | ***-**-6598 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Snow Pay | 11:00 | 23.00 | 253.00 | 621.00 |
| Hourly Regular | | | | 2,563.00 |
| Holiday Pay | | | | 176.00 |
| | 11:00 | | 253.00 | 3,360.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -107.30 | -214.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -8.00 |
| Local Tax | -2.53 | -33.61 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -9.03 | -195.01 |
| Medicare Employee | -2.11 | -45.61 |
| PA - Withholding | -7.77 | -103.16 |
| PA - Unemployment Employee | -0.16 | -2.02 |
| | -23.60 | -387.41 |

| Net Pay | 122.10 | 2,757.99 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 56:00 |

ProMark Landscaping, Inc.
3405 Big Road
Zieglerville, PA 19492

Robert J Hall
16 Cherry Street
East Greenville, PA 18041

| **Employee Pay Stub** | | Check number: 17349 | | | Pay Period: 02/10/2019 - 02/23/2019 | | Pay Date: 03/01/2019 |

| **Employee** | | | | | **SSN** | | |
| Robert J Hall, 16 Cherry Street, East Greenville, PA 18041 | | | | | ***-**-6598 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Paid Time Off** | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Snow Pay | 25:30 | 23.00 | 586.50 | 1,207.50 | Sick | 0:00 | | 0:00 |
| Hourly Regular | | | | 2,563.00 | Vacation | 0:00 | | 56:00 |
| Holiday Pay | | | | 176.00 | | | | |
| | 25:30 | | 586.50 | 3,946.50 | | | | |

| **Deductions From Gross** | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -107.30 | -321.90 |

| **Taxes** | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -10.00 |
| Local Tax | -5.87 | -39.48 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -29.72 | -224.73 |
| Medicare Employee | -6.95 | -52.56 |
| PA - Withholding | -18.01 | -121.17 |
| PA - Unemployment Employee | -0.35 | -2.37 |
| | -62.90 | -450.31 |

| **Net Pay** | 416.30 | 3,174.29 |

ProMark Landscaping, Inc.
3405 Big Road
Zieglerville, PA 19492

Robert J Hall
16 Cherry Street
East Greenville, PA 18041

| **Employee Pay Stub** | | Check number: 17397 | | | Pay Period: 02/24/2019 - 03/09/2019 | Pay Date: 03/15/2019 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| Robert J Hall, 16 Cherry Street, East Greenville, PA 18041 | | | | | ***-**-6598 | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Snow Pay | 13:00 | 23.00 | 299.00 | 1,506.50 |
| Hourly Vacation | 56:00 | 23.00 | 1,288.00 | 1,288.00 |
| Hourly Regular | | | | 2,563.00 |
| Holiday Pay | | | | 176.00 |
| | 69:00 | | 1,587.00 | 5,533.50 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| Health Insurance (pre-tax) | | | -107.30 | -429.20 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Local Services Tax | | | -2.00 | -12.00 |
| Local Tax | | | -15.87 | -55.35 |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | 0.00 | 0.00 |
| Social Security Employee | | | -91.74 | -316.47 |
| Medicare Employee | | | -21.45 | -74.01 |
| PA - Withholding | | | -48.72 | -169.89 |
| PA - Unemployment Employee | | | -0.95 | -3.32 |
| | | | -180.73 | -631.04 |
| **Net Pay** | | | **1,298.97** | **4,473.26** |

| **Paid Time Off** | **Earned** | **YTD Used** | **Available** |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

ProMark Landscaping, Inc., 3405 Big Road, Zieglerville, PA 19492    Powered by Intuit Payroll

ProMark Landscaping, Inc.
3405 Big Road
Zieglerville, PA 19492

Robert J Hall
16 Cherry Street
East Greenville, PA 18041

| **Employee Pay Stub** | Check number: 17460 | | | | Pay Period: 03/10/2019 - 03/23/2019 | | Pay Date: 03/29/2019 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Robert J Hall, 16 Cherry Street, East Greenville, PA 18041 | | | | | ***-**-6598 | Married/Withhold | Fed-7/0/PA-0/0 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Paid Time Off** | Earned | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Hourly Regular | 65:45 | 22.00 | 1,446.50 | 4,009.50 | Vacation | 0:00 | 56:00 | 0:00 |
| Hourly Vacation | | | | 1,288.00 | | | | |
| Holiday Pay | | | | 176.00 | | | | |
| Snow Pay | | | | 1,506.50 | | | | |
| | 65:45 | | 1,446.50 | 6,980.00 | | | | |

| **Deductions From Gross** | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -107.30 | -536.50 |

| **Taxes** | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -14.00 |
| Local Tax | -14.47 | -69.82 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -83.03 | -399.50 |
| Medicare Employee | -19.42 | -93.43 |
| PA - Withholding | -44.41 | -214.30 |
| PA - Unemployment Employee | -0.87 | -4.19 |
| | -164.20 | -795.24 |

| **Adjustments to Net Pay** | Current | YTD Amount |
|---|---|---|
| Fines | -228.00 | -228.00 |
| **Net Pay** | 947.00 | 5,420.26 |

ProMark Landscaping, Inc., 3405 Big Road, Zieglerville, PA 19492                    Powered by **Intuit Payroll**