**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Robert J Hall, | : | Chapter 13 |
| Debtor | : | Case No.:  19-13174-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed August 8, 2019 was forwarded to the following parties, as follows:

*Via First Class Mail, Postage Pre-Paid on August 8, 2019:*

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

*Via Electronic Filing (ECF) on August 8, 2019:*

Kevin G. McDonald, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

        **ROSS, QUINN & PLOPPERT, P.C.**

        By:    */s/ Joseph Quinn*_____
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                192 S. Hanover Street, Suite 101
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                jquinn@rqplaw.com
Date:  August 8, 2019        Counsel for Debtor