```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 19-13174-amc
Robert J Hall                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 1       Date Rcvd: Dec 03, 2019
                              Form ID: pdf900             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db             +Robert J Hall,    16 Cherry Street,     East Greenville, PA 18041-1613
14325605       +Fin Recovery,     200 East Park Drive,    Mount Laurel, NJ 08054-1297
14325606       +KML Law Group,    Suite 6000 BNY Mellon Ind. Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14325607       +Mrs Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14330800       +PENNYMAC LOAN SERVICES, LLC.,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14362312       +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
14325609       +Pennymac Loan Services,    6101 Condor Dr,   Moorpark, CA 93021-2602
14401706       +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096
14325610       +Wendy S Young,    16 Cherry Street,    East Greenville, PA 18041-1613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 04 2019 03:42:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 04 2019 03:42:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14355229       +E-mail/Text: g20956@att.com Dec 04 2019 03:42:35      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14325604       +E-mail/Text: bknotice@ercbpo.com Dec 04 2019 03:42:22      Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14325608       +E-mail/PDF: cbp@onemainfinancial.com Dec 04 2019 03:51:40      Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
14336731        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2019 03:42:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14414950*      +Ross, Quinn & Ploppert, P.C.,   192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Robert J Hall CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | Robert J Hall | : | Chapter 13 |
| | | : | |
| | | : | |
| | Debtor | : | Bankruptcy No. 19-13174-amc |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Joseph Quinn, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on December 3, 2019, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on January 7, 2020, at 11:00 a.m. in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before December 30, 2019.

**Date: December 3, 2019**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:  Joseph Quinn, Esquire
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Robert J Hall
16 Cherry Street
East Greenville, PA 18041

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105