IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Robert J Hall | : | Chapter 13 |
| Debtor | : | No.: 19-13174-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of the Order Dismissing Chapter 13 and Setting Deadline for Applications for Allowance of Administrative Expenses filed on December 3, 2019 was forwarded as follows:

*Via Electronic Filing (ECF) to the following parties on December 3, 2019:*

Kevin G. McDonald on behalf of Creditor PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via first class mail, postage pre-paid to the following parties on December 5, 2019:*

Robert J. Hall
16 Cherry Street
East Greenville, PA 18041

All creditors not otherwise listed on the mailing matrix


**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101

                                                        Pottstown, PA 19464  
                                                        T: 610.323.5300  
                                                        F: 610.323.6081  
                                                        JQuinn@rqplaw.com  
Date: <u>December 10, 2019</u>           Counsel for Debtor