IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:  Robert J Hall | | : | Chapter 13 |
| | Debtor | : | No.:  19-13174-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Robert J Hall, Debtor in the above-captioned matter.

2. That an application for compensation was filed by Debtor's attorney on November 1, 2019.

3. A certificate of service was filed with this Court on November 1, 2019 declaring timely service to parties in interest.

4. A certificate of no response to Counsel's application for compensation was filed with this Court on November 27, 2019.

5. As per the dismissal order dated December 3, 2019, Counsel certifies:

    a. No objection has been filed to the proposed compensation payable to Counsel as an administrative expense; and

    b. No additional applications for payment of administrative expenses have been filed.

**ROSS, QUINN & PLOPPERT, P.C.**

BY:   */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@rqplaw.com

Date: January 6, 2020